UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORA, *et al.*, <br><br> Plaintiffs. <br><br> v. <br><br> JEFFERSON B. SESSIONS, III <br> *Attorney General, et al.*, <br><br> Defendants. | Case: 1:18-cv-01938 <br> Assigned To : Friedman, Paul L. <br> Assign. Date : 8/17/2018 <br> Description: Gen. Civil <br><br> Judge Rudolph Contreras |

## ORDER

### TEMPORARILY GRANTING PLAINTIFFS' MOTION TO PROCEED USING PSEUDONYMS

Plaintiffs, recent migrants seeking asylum in the United States, *see* Compl. ¶ 1, bring this action challenging "Defendants' systemic and unlawful policy of continuing to process parents quickly for removal and to reunify them with their children only 'for the purpose of removal' after they had already received a deportation order," Compl. ¶ 4. Plaintiffs have moved to proceed under pseudonyms. *See generally* Pls.' Mot. Proceed Under Pseudonyms. It is hereby

**ORDERED** that the Plaintiffs' Motion to Proceed Under Pseudonyms and to File Supporting Exhibits Under Seal is **TEMPORARILY GRANTED**, subject to any further consideration by the United States District Judge to whom this case is randomly assigned. After this is matter is assigned and Defendants are served with Plaintiffs' complaint, Defendants may file any opposition to the request. Until the assigned judge further considers the matter, this case may proceed using the pseudonyms listed in the chart attached as Exhibit A to the plaintiffs' motion; and it is further

**ORDERED** that the plaintiffs' motion and supporting exhibits, including the list of the full names of the plaintiffs, shall remain under seal until further order of the Court; and it is further

**ORDERED** that the defendants are prohibited from publicly disclosing the plaintiffs' identities or any personal identifying information that could lead to the identification of the plaintiffs by nonparties, until any further order of the Court.

**SO ORDERED.**

Dated:  August 17, 2018

RUDOLPH CONTRERAS
United States District Judge